# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MICHAEL W. M.,**

    **Plaintiff,**          Case No. 2:22-cv-2293
                                            **JUDGE EDMUND A. SARGUS, JR.**
    **v.**                           **Magistrate Judge Caroline H. Gentry**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

    **Defendant.**

## ORDER

The parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, requesting an award to Plaintiff of attorney's fees in the amount of $4,250.00 is **GRANTED**. (ECF No. 15.) Accordingly, Plaintiff is **AWARDED** attorney's fees in the amount of **$4,250.00**, payable to Plaintiff. This award fully satisfies all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412. Pursuant to the stipulation, the fee award shall be made payable to Plaintiff. Any fees belonging to Plaintiff, and not his attorney, can be offset to satisfy pre-existing debt that Plaintiff owes to the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010).

After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debts to the United States that are subject to offset, Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and Plaintiff's counsel.

This case remains closed.

IT IS SO ORDERED.

<u>**4/3/2023**</u>                                                   <u>s/Edmund A. Sargus, Jr.</u>
**DATE**                                                             **EDMUND A. SARGUS, JR.**
                                                                            **UNITED STATES DISTRICT JUDGE**